## Bonnie Beth Neuchiller, a Minor, by Emma M. Dana, her Mother and Next Friend, Plaintiff-Appellant, v. Bernard B. Neuchiller, Defendant-Appellee.

**Gen. No. 10,702.**

G. A. Bosomburg, for appellant; Joslyn, Parker & Kell, for appellee; David R. Joslyn, and V. E. Kell, of counsel. Opinion by Presiding Justice Dove. **Not to be published in full.** Opinion filed October 3, 1953; rehearing denied October 31, 1953; released for publication November 2, 1953.